**Meredith COOK, Plaintiff-Appellant,**

v.

**COMMISSIONER OF SOCIAL SE-
CURITY ADMINISTRATION,
Defendant-Appellee.**

No. 15-2494

United States Court of Appeals,
Fourth Circuit.

Submitted: October 25, 2016

Decided: December 6, 2016

Sarah H. Bohr, Bohr & Harrington, LLC, Atlantic Beach, Florida, for Appellant. Nora Koch, Acting Regional Chief Counsel, Charles Kawas, Acting Supervisory Attorney, Jillian Quick, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania; William N. Nettles, United States Attorney, Barbara Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Meredith Cook appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's denial of her application for supplemental security income. We have reviewed the record and find no re-versible error. Accordingly, we affirm for the reasons stated by the district court. Cook v. Colvin, No. 6:14–cv–01294–JMC, 2015 WL 5783562 (D.S.C. Sept. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED